Jesse Ramirez #31805-180
United States Penitentiary
P.O. Box 2099
Pollock, La 71467

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

DEC 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jesse Ramirez/Petitioner
United States Penitentiary
P.O. Box 2099
Pollock, La 71467
Reg. No. 31805-180

VS.

Case: 1:07-cv-02226
Assigned To : Unassigned
Assign. Date : 12/11/2007
Description: Pro Se Gen. Civil

Department of Justice
Bureau of Prisons
320 First Street NW
Washington, D.C. 20534-0002
Unit Manager/McGehee
Case Manager/Hanks
Counselor/Cruz
Warden/Outlaw
Warden/Fox
Regional Director/Maldonado
Administrator/Harold Watts
25 other unnamed BOP officials

United States Probation Office
727 East Durango Blvd.
San Antonio, Tx 78206-1200
USPO/Olivari
25 other unnamed USPO's

AUSA's Office/Johnny K. Sutton
601 NW Loop 410, Ste. 600
San Antonio, Tx 78216-5512
Johnny K.Sutton/AUSA
David Shearer/AUSA
Jose Contreras/AUSA
Diana Cruz-Zapata/AUSA
Richard Durbin/AUSA
and 25 other unnamed AUSA's

Executive Office for U.S. Attorney's
BICN Building room 7300
600 E. Street, NW
Washington, D.C. 20530
25 other unnamed EOUSA officials

CASE RE-ASSIGNED
JAN 31 2008
TO: ROBERTS, J. RWR

**COMPLAINT**

Comes now Jesse Ramirez, Plaintiff, Pro-se and states the following as his cause of action.

RECEIVED
SEP 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
OCT - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## JURISDICTIONAL STATEMENT

1. This cause of action arises under the provisions of the Freedom of Information and Privacy Acts, 5 USC and 5 USC § 552(a) and this court has jurisdiction venue in this matter of the provisions of 5 USC 552(a)(4)(B). Wherein Plaintiff Jesse Ramirez is now requesting a **trial** by **jury**.

2. The Plaintiff was sentenced in the United States District Court for the Western District of Texas, San Antonio Divison and presently resides in the United States Penitentiary at Pollock, Louisiana.

3. On or about May 24, 2004 the United States Probation Office prepared a Pre-sentence investigation report concerning the Plaintiff which was ordered by the court in the Western District of Texas, San Antonio Division.

4. The Defendants are a Department of the Executive Branch of the United States Government and has among it's constituent agencies, the Bureau of Prisons, the United States Probation Office, the Asst. United States Attorney's Office and the Executive Office for the United States Attorneys.

5. The Bureau of Prisons, the United States Probation Office, the Assistant United States Attorney's Office and the Executive Office for the United states Attorney's are an agency within the meaning "agency" as the term is used in the Freedom of Information and Privacy Act.

## COUNT I

1. The allegations contained in paragraph's 1 thru 5 of the jurisdictional statement are incorporated herein as though fully set forth.

2. The bureau of Prisons maintains a system of record pertaining to Pre-sentence Investigation Reports on offenders who are sentenced by the United States District Court which include the Western District of Texas, San Antonio Division. As well the United States Probation Office is responsible for conducting the investigation and preparing the Pre-sentence Investigation Reports on offenders who are sentenced by the above mentioned court. Further the Assistant United

States Attorney's Office in San Antonio. Was and still is responsible for making sure . That the information that it gives to the USPO is infact accurate and truthful. That this information in their files is not false and inaccurate. Lastly, the Executive Office for the U.S .Attorney's is responsible for ensuring the accuracy and truthfulness of this information. Once it has been contested as false and inaccurate.

3. On or about July 22,2004 Plaintiff did notify in open court. AUSA/Contreras, AUSA/Cruz-Zapata, USPO/Olivari, and Circuit Court Judge Edward C. Prado. That the information that was within this agencies Pre-sentence Investigation Report. Was infact false and inaccurate. Plaintiff did submit documentation on the court record at sentencing. That proved this information was in act false and inaccurate. However, not one of these agency officers of officers of the court. Moved to correct this false and inaccurate information. That the Freedom of Information and Privacy Act Mandate.

4. On or about April 13,2005. Plaintiff did submit in writing to the AUSA's office in San Antonio. Namely AUSA Johnny K. Sutton, Joey Contreras, David Shearer, Diana Cruz-Zapata, Richard Durbina and the rest of the AUSA's in that office. That in accordance with Title 5 § 552a. This agency and its officials **must** correct **all** of the false and inaccurate information. That they possessed in their files agaisnt the Plaintiff. This was in effect an appeal to these officials. Since they have still failed to correct this false and inaccurate information from July 22,2004. Plaintiff will submit as **attachment "A"** a copy of a letter sent certified mail **# 7004 2510 0004 2934 2256**. That will, support Plaintiffs position and allegations.

5. On or about April 19,2005 the AUSA's office in San Antonio. Responded to Plaintiff's Privacy Act request/appeal. Plaintiff will make this copy of this response as **attachment "B"** and will send it along. The response **fraudulently** stated that this office had no authority to correct the false/inaccurate infor

mation. Which makes this statement a blatant lie and not only does this office and these above mentioned AUSA's have a duty to correct all this false inaccurate info. But moreso, when these Defendants were the ones who made up the false/inaccurate info and used them initially. Plus, these Defendants have a duty to correct this false/inaccurate info. Under **Imbler v Patchman 424 U.S. 409(1976).** This is not even mentioning the mandates of the Privacy Act itself.

6. As this letter/response **attachment "B"** directed any questions or inquiries tothe Executive Office for the United States Attorney's. Plaintiff immediately sent this office a letter/status request. Which was dated June 6th,2005 and was sent cert. mail # **7004 2510 0000 6590 6614.** Which Plaintiff will make as **attachment "C".** This letter/status request was received by the EOUSA on June 30th,2005, by an Ernest L. Parker. Plaintiff will submit this return receipt as **attachment "D"** and will submit as well. To this very date, Plaintiff has not heard one word in regards to his Privacy Act requests.

7. Due to the EOUSA's unwillingness to respond and comply with the mandates of the Privacy Act. Plaintiff on August 10,2007 sent another status report/request to this office. Which Plaintiff sent cert. mail # **7007 0220 0004 4914 1498.** Plaintiff will make this as **attachment "E"** and will submit as well. Plaintiff does anticipate that this office will fail to respond to this as well.

8. On or about August 1,2006 Plaintiff did make a request via BP-S148.005 Inmate Request To Staff form. And did present then Unit Team members with this request. This request was ultimately ignored and Plaintiff was then forced to initiate his Administrative Remedy Process rights.

9. In accordance with the Administrative Remedy Process. Plaintiff then submitted a BP-8 "Informal Resolution Attempt" form. To then counselor R. Cruz of USP/Beaumont. It was Counselor Cruz's decision to fail wilfully to take the proper action under the mandates of the Privacy Act.

10. Due to Counselor Cruz's wilful failure to comply with the mandates of the

Privacy Act. Plaintiff then submitted an appeal vial a BP-9. To then Warden Outlaw of USP/Beaumont. Which this appeal was issued case # **42851-A1.** This appeal was also denied by Warden Outlaw and Plaintiff was forced to appeal this decision via a BP-10 to the Regional Directot of the South Central Regional Office.

11. Due to Warden Outlaw's willful failure to comply with the mandates of the Privacy Act. Plaintiff submitted a BP-10 to Regional Director Maldonado. Plaintiff sent this appeal on or about September 19,2006 and sent it cert. mail # **7001 0320 0004 5955 3811.** This appeal was received by a Teresa D. Hillard on or about the 23rd of October 2006. As is a common practice with all BOP officials. Regional Director Maldonado willfully failed to comply with the mandates of the Privacy and denied Plaintift the relief he was due.

12. Due to REgional Director Maldonado's willful failure to comply with the mandates of the Privacy Act. Plaintiff was then forced to file a BP-11 to the General Counsel in Washington. Plaintiff sent this appeal via cert. mail # **7001 0320 0004 5955 3590** on or about November 8th,2006. On or about November 13th,2006 the General Counsels office received this appeal. Whereby an S. Johnson signed the return receipt. The Administrator to the General Counsel Harold Watts on or about February 4th,2007. Failed to comply with the mandates of the Privacy Act, wilfully. Where he denied Plaintiff's appeal under the Administrative Remedy Process. Which then proves that Plaintiff has inact **exhausted** the requirements of the Administrative Remedy Process. Which will then allow Plaintiff to bring forth this civil law suit under the Privacy Act.

13. Plaintiff has proven and can further document. That every single one of these Defendants from the agencies mentioned above. Have inract willfully failed to adhere with the mandates of the Privacy Act. Plaintiff has also proven his diligence in trying to have these Defendants correct all of this false/inaccurate information. Plaintiff is accepting these willful failures as denials of his

Privacy act requests/appeals. Plaintiff can now commence this civil action at his discretion.

14. Plaintiff brings this civil action for purposes of compelling the Defendants to correct **all** of the false/inaccurate information. That is within these agenc[ies] files and that has affected Plaintiff adversely. Within **60 days** of the service of Summons in accordance with F.R.Civ.Proc. Rule 4 and Rule 12(3)(A). This is in order to prevent any further adverse affects, injuries and damages. That Plaintiff has already suffered from and will continue to suffer from. Plaintiff also brings this Privacy Act lawsuit to compel the Defendants. To pay Plaintiff **net** $250,000,000.00 million dollars. For the adverse affects, injuries and damages. That Plaintiff has already and will continue to suffer from. This **net** amount of monies that Plaintiff is asking for. Is to be taken out of the **gross** amount. This **net** amount is the amount left after taxes, levies, fines and etc. from the gross amount. Plaintiff also states that interest the amount of **2%** every 30 days "Standard Terms" and "Interest Accrual" of **2%** per month on the unpaid balance. Is to be applied and updated every **180 days**, in order to reflect the **TRUE** accounting of values owed to Plaintiff/Jesse Ramirez # 318005-180. Plaintiff also asks this court to allow the jury to award in excess of the $250,000,000.00 million dollars. Any monies/awards for loss of consortium, society damages, actual damages, punitive dmages, future damages and etc.

Wherefore premises considered, Plaintiff hopes and prays that this court will grant Plaintiffs Civil Complaint under the Privacy Act. And compel the Defendants to perform as outlined in this complaint. In the event that this action is to proceed to trial. Plaintiff does request that this honorable court allow Plaintiff a **trial by jury.**

dated: 8/29/07

Respectfully

Jesse Ramirez #31805-1980

ATTESTATION
FOIA COMPLAINT

UNITED STATES DISTRICT COURT )
UNITED STATES OF AMERICA     )
DISTRICT OF COLUMBIA         )    SS.
                             )

**COMES NOW** Jesse Ramirez, Plaintiff, Pro-se in the above mentioned entitled casue of action, and upon oath does depose and state that the allegations contained in the foregoing complaint are true and correct according to the best of his knowledge, and belief, and that he does so state under the pains and penalties of perjury.

Dated: 8/29/07

Jesse Ramirez # 31805-180
United States Penitentiary
P.O. Box 2099
Pollock, La 71467

7004 2510 0004 2934 2256

April 13, 2005

Johnny Sutton/ AUSA
Assistant United States Attorney's Office
601 N.W. Loop 410 Ste. 600
San Antonio, Tx 78216

Mr. Johnny Sutton,

I am writing this letter under title 5 § 552a in regards to the information that your office has about me. That is false and known to be false. By your entire office. Namely, David Shearer who sat at the debriefing of "Jose Soto" on June 6th, 2002 5 mos before the known false statements about me were used to justify my already unlawful arrest, Joey Contreras one of the authors of the affidavit that contained these already known false statements, Mrs. Cruz who along with Joey used them at trial to obtain my wrongful conviction. Not to mention, every single other AUSA that is in you office and you yourself. "The office of the AUSA is the attormey for the govt. . If one of the AUSA's knew of the false information, then all of them are suppose to know about it". There is no excuse for not correcting it. At this time, I am going to demand this office under title 5 § 552(d)(2) which gives me the right. to comply with title 5 § 552(d)(2) and inform me within 10 days in writing.  That this office is going to make the corrctions to all of these lies under title 5 § 552(d)(2)(B)(i) and if you and your office do not want to correct them. Then , notify me as title 5 § 552(d)(2)(B)(ii) requires you to do. I am going to request that the statement about me giving Rene Campos the 5 kilos to give to Jose Sotobe excised from the affidavit that supported probable cause. That the other false statement about Jose Saying that he did multi Kilo transactions with me at my business be corrected. That Jose told the DEA and AUSA on Dec 7th, 2001 all of this stuff about me be corrected. That the govt. believed he was credible about what he said about this defendant "me" because it was already known to be false. DEA-6 report of Jose Soto June 6th, June 26 and the July debriefing of Jose in 2002. That on August 28,2002 at 8:42 pm. Jesse drove up in a white mustang and dropped off Jose Angel Garcie- Arguello this is also a lie and not only your agents know this , but Joey does as well. Also, that I had drove off with Rene Campos from my businesson Sept. 26,2002. To a residence off of White Rock needs to be corrected and that Rene or I called Castillon and told him that we were being followed by somebody "law enforcement". Not only do I want all of these lies in the affidavit that showed my involvement for  proble cause. But, also the statements that are in the affidavits for Title 3 intercepts that were used before and at the grand jury proceeding to indict me. All of these lies affected me adversly. I also want the lies that Joey used at my bond hearing to get me denied bond corrected. Most of them are the same as the ones above and others that he made up along the way. He knows which ones they are. This iformation "lies" contained in an agency's files is capable of being verified , then, under (e)(5) and (g)(1)(C) of the Act, the agency must take reasonable steps to maintain the accuracy of the information to assure fairness to the individual. If the agency wilfully or intentionally fails to maintain its records in that way and, as a resu;t, it makes a determination adverse to an individual , then it will be liable to that person for money damages. Not only has this info affected me adversly, in getting me convivted. But it has been used by the United States Probation Office and its officers. Namely, Mrs. Olivari and other officers .

In their report to the court . Which Judge Prado relied upon to justify these 3 life and 1 twenty year sentences. But, the BOP has used it in its decision to classify and desnigate me in a USP facility. Which, if it were corrected. I would not have been convicted to begin with, I would not have been given 3 life sentences and I would not have been classified and designated to a USP. Therefor, I ask you and your office to correct <u>all</u> of the false and material statements that were used for my unlawful arrest, my indictment, my bond being denied, for Judge Prado to rely upon in order to give me 3 life and 1 twenty year sentence and for the BOP to use to classify and designate me. I ask this under title 5 § 552a **Privacy Act. and under Sellers v Bureau of Prisons 959 F2d 307(D.C. cir 1992).**

                                                      **Respectfully**



**U.S. Department of Justice**

United States Attorney
Western District of Texas

---

*601 NW Loop 410 STE 600*
*San Antonio, Texas 78216*

April 19, 2005

Jesse Ramirez
Reg. No. 31805-180
USP Beaumont
P.O Box 26030
Beaumont, TX 77720

    RE:   Request for correction of records pursuant to the Privacy Act

Dear Sir/Madam:

    In accordance with 28 C.F.R. §16, Appendix I, all requests for corrections of records pursuant to the Privacy Act of Department of Justice offices, divisions or agencies (except for a few exceptions) should be directed to the Department of Justice for processing and handling in line with other requests as received. The proper office for requests for correction of records pursuant to the Privacy Act of United States Attorney Offices is:

    Executive Office for U.S. Attorneys
    BICN Building
    Room 7300
    600 E. Street, N.W.
    Washington, D.C. 20530

    ATTN: FOIA/PA Unit

    This office does not have the authority to respond directly to requests for correction of records under the Privacy Act. We are, therefore, forwarding your request to the Executive Office for United States Attorneys for processing in accordance with the regulations. If you have any questions on the request, please direct correspondence to that office.

                                    Very truly yours,

                                      **JOHNNY SUTTON**
                                      United States Attorney

                  By:    *Denise H. Swain*
                             DENISE H. SWAIN
                             Paralegal Specialist

cc:  Executive Office for U.S. Attorneys
**ATTN: FOIA/PA Unit**
BICN Bldg., Room 7300
600 E. Street, N.W.
Washington, D.C. 20530


AUSA David Shearer
AUSA Joey Contreras

June 6, 2005

To Whom It May Concern,

     I am writing this letter to follow up on a Privacy Act Request. That I had sent to the AUSA Office of Johnny Sutton. Attached will be a copy of their response and a copy of the request. I had not heard anything and was under the impression that I would have heard something. At least, a letter informing me that your office had received my request. I will also be sending the 2 DEA-6 reports and a pretrial hearing transcript of the govt. "DEA and AUSA Joey Contreras" acknowledging that they had in fact used known false statements that were used to obtain my indictment. Yet, not a single one of them lifted a finger to go back and correct them. The DEA-6 reports, will prove that the statements used to show my involvement and support of probable cause. Were in fact, Known to be false by AUSA David Shearer, the rest of AUSA attorneys office of Johnny Sutton, namely Joey Contreras, AUSA Cruz, the DEA office in San Antonio,TX, namely A.B. CAsteneda "case agent" who sat in on the debriefings as well as AUSA David Shearer and knew these statements that were material, to be false. A whole 5 months before they used them in the affidavit that supported probable cause. Ultimately, they were caught in their lies and had to come up with some new ones. My conviction of 3 life sentences and a 20 year sentence. Were based off false, perjured, suborned perjury and all of the other unlawful tactics used by the DEA and AUSA attorneys office of Johnny Sutton. I will send in other documentation to prove all of their lies that helped them obtain my conviction. If it is requested by your office. You might have to read a little bit. The transcript is lenghty. But it is all in black and white. The DEA-6 reports speak for themselves. I will also send a copy of the actual affidavit used to support probable cause. Everything that I will highlight, will be lies. That were all known to everyone mentioned above. I was denied my right to show this stuff at trial and my lawyer was ineffective for not trying to submit it as evidence. Not to mention Judge Prado was not going to let the Govt. lose this highly publicized case that ended up in the death and cold blooded murder of a little 14 year old girl, Ashley Villarreal. At the hands of the DEA, AUSA's office of Johnny Sutton and Judge Prado. Who were all instrumental in aiding and abetting, conspiring with and participating with the "DEA" to cover up all of their unlawful tactics and lies to Federal Magistrates and Federal Distric Judges and one Federal Circuit. Just so that they could obtain all of our convictions, get away with cold blooded murder, and to continue to use all of this unlawfully obtained evidence to convict other people. Not to mention, getting out of the liability of a 60 million dollar lawsuit from the family of Ashley Villarreal. You can see just the tip of the iceberg. Why the DEA anD AUSA's office of Johnny Sutton does not want to correct all of their known lies that were used from the start to finish of this case "Operation Alacran Nov. 8, 2002". I only hope that this office is not as well unwilling to correct all of this wrong information "lies" that has already affected the lives of many families adversely. I thank you for any and all assistance in this matter. I would greatly appreciate any kind of response from your office.

            7004 2510 0000 6590 6614                       Respectfully

                                                                                      Jesse Ramirez

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: ATTN: FOIA/PA
   Executive office for U.S. Attorneys
   BICN Bldg, Rm 7300 600 E. Hartford
   Washington, D.C. 20530

2. Article Number (Transfer from service label): 7004 2510 0000 6590 0614

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   [signature]                    JUN 30 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Poshyr 182-199

Cert # 7005 1160 0000 7397 2315

Clerk of the Court,                                           8-29-07

    I am writing this letter. To inform this honorable court of certain events that have recently occurred. I am currently being retaliated by Defendant AUSA/ Jose Contreras of the office of the AUSA/Johnny K. Sutton in San Antonio. Wherein he has requested USP/Pollock officials to carry out this retaliation. This is all outlined in my 2nd motion for Preliminary Injuctive Relief/Temporary Restraining Order. Which I will resend to this court. In hopes of granting this motion. In this 2nd motion, is documentation that the AUSA/Contreras has infact asked BOP officials to retaliate against me. In hopes of them locking me up in the hole and keeping me from filing this Privacy Act lawsuit. So that his criminal conduct that he has engaged in will not come to light. Since this request via fax and telephone call to Case Manager Deville. My Unit Team Members have shaken down my cell, left it all destroyed, I have been given a fraudulent Incident Report at AUSA/Contreras's request, I have been ignored and my requests as well and just as of today. At around 12:25pm, I was denied the opportunity by Team Leader Montgomery. To be afforded a copy of my 6 month inmate trust account report. That is needed by this court. Attached as **attachment "A"** to this letter. I will submit a copy/original of my COP-OUT that MOntgomery refused to accept, acknowledge and afford me a copy of. This is also due to the BP-8's that I have initiated against these staff members. For the retaliation that they have initiated against me and at the request of Defendant AUSA/Contreras. Therefore, I ask this honorable court to please excuse this temporary non-compliance. And ask this court to Order these BOP officials. To cease this retaliation immediately, assist me in obtaining the documentation I need for my Privacy Act suit and with other requests as well. I am resubmitting both motions for Temporary Restraining Order and Injuctive Relief.

                                        Sincerely

                                        Jesse Ramirez

I swear under penalty of perjury that these events/retalitorious actions agaisnt me are taking place as this is being written and that the foregoing is true.

                                        Jesse Ramirez

P.S. I hope that I am not placed in the hole for exercising my rights.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                         FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Counselor Martin | DATE: 8-28-07 |
| FROM: Jesse Ramirez | REGISTER NO.: 31805-180 |
| WORK ASSIGNMENT: Recreation | UNIT: A/3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I need a Prisoner Trust Account Report And A 6 month certified copy of my Prison Trust Account Statement.

---

(Do not write below this line)

DISPOSITION: I tried to Hand this (copy on) to Unit Team leader/Montgomery. He refused to Accept it And walked off. This conduct is part of the retaliation that has been pointed at me. From the Request of Defendant AUSA/Jose Contreras. My Unit Team (All members) are refusing to assist me in my requests.

---

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper

United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re: The Filing of Petitioners Complaint Under the Privacy Act.

Clerk of the Court,

(1) On or about the 13th of August 2007. Petitioner, Jesse Ramirez submitted to this court. A civil complaint under the Privacy Act. Petitioner did send this complaint cert. # **7007 0220 0004 4914 2174** and this court received it on August 20th 2007. Signed by clerk Ernest L. Parker.

(2) On or about the 24th of August 2007. This honorable court sent Petitioner an Order. That Petitioner will make as **exhibit # 1.** This order outlined why my initial complaint was being denied and not filed. Along with this order came instructions on how Petitioner was to format his complaint.

(3) Immediately upon receipt of this order and court instructions. Petitioner did set out to reformat his civil complaint. On or about August 29,2007 Petitioner did complete his newly formatted civil complaint. And sent this correctly formatted complaint to this court cert. # **7005 1160 0000 1347 2315.** This courts clerk received Petitioners correctly formatted complaint on September 4,2007.

(4) On or about September 24,2007. Petitioner did receive another packet from this honorable court. This packet contained a **new order** and Petitioner will make this **exhibit # 2.** This order stated that I can only file one case at a time. Petitioner does believe that an honest mistake was made at the court.

(5) Petitioner did send 2 copies of civil complaint the first time. When this honorable court returned Petitioners complaint for non compliance with their format requirements. This court accidently kept one of the two complaints in their file. So when this honorable court received my new and correctly formatted complaint. They now had two civil complaints in their file. As one of the complaints sent back to Petitioner. In the packet with the new order **exhibit # 2.** Was file stamped August 16,2007. The date that this court received my initial/original complaint. That was not formatted as per this courts rules.

   Due to this honest mistake. Petitioner is re-sending his correctly formatted civil complaint. And does ask this honorable court to please accept this civil complaint as his **only** civil complaint and to accept the motions attached.

dated: 9/25/07                                    Sincerely

cert# 7007 0220 0004 5856 3854

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jesse Ramirez
_____
Plaintiff

v.

Dept of Justice, et al.,
_____
Defendant

## ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[✓] Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[✓] Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[✓] Your COMPLAINT **must** bear your original signature.

[✓] Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ] You **must** file a Motion for Leave to File because: _____

[✓] OTHER: If you wish to file a new case with this Court, please comply with the filing instructions that are enclosed

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

8/24/07
_____
Date

**HOGAN, C.J. TFH**
_____
Chief Judge Thomas F. Hogan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jesse Ramirez
_____
Plaintiff

v.

Dept. of Justice, et al.,
_____
Defendant

ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[✓] Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[✓] Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[✓] Your COMPLAINT **must** bear your original signature.

[✓] Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ] You **must** file a Motion for Leave to File because: _____

[✓] OTHER: These papers are being returned to you at this time, these two cases are the same you can only filed one case at a time.

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

9/17/07
_____
Date

**HOGAN, C.J. TFH**
_____
Chief Judge Thomas F. Hogan

n:\Forms\Pro Se Return Doc. Letter

F
07-2226
UNA

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

### I (a) PLAINTIFFS
Jesse Ramirez

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 31805-180

### DEFENDANTS
DOJ, et al.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-02226
Assigned To : Unassigned
Assign. Date : 12/11/2007
Description: Pro Se Gen. Civil

*CASE REASSIGNED TO ROBERTS 1/31/2008*

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation |  | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

### ☐ E. *General Civil (Other)* OR ☒ F. *Pro Se General Civil*

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☒ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

O

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 250 million   JURY DEMAND: ☒ YES  ☐ NO

Check YES only if demanded in complaint

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☐ NO   If yes, please complete related case form.

DATE 12/11/07   SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd