Jesse Ramirez #31805-1??
United States Prison
P.O. Box 2099
Pollock, La 71467

1st (Cek)# 7005 1160 0000 1359 8899

**FILED**

DEC 1 1 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **Jesse Ramirez** ) | Second Pro-se Motion Asking for |
| Plaintiff, ) | Preliminary Injuctive Relief/ |
| ) | Temporary Restraining Order Under |
| vs ) | F.R.Civ.Proc Rule 65. Due To Defendat |
| ) | Joey Contreras/AUSA. Calling USP/Pollock |
| Department of Justice ) | Official Case Manager DeVille And Having |
| Bureau of Prisons: ) | Mrs. Deville/other USP/Pollock Officials |
| Unit Manager McGehee ) | Retaliate Aganst Plaintiff. At The Written |
| Case Manager Hanks ) | And Verbal Request Via Fax Transmittal/ |
| Counselor Cruz ) | Telephone Of Defendant Joey Contreras/AUSA |
| Warden Outlaw ) | AUSA Of Johnny Sutton's Office In San |
| Regional Director Maldonado ) | Antonio, Texas. |
| Administrator/ Harold Watts ) | |
| 25 other unnamed BOP officials ) | |
| ) | |
| United States Probation Office: ) | |
| Mrs. Olivari ) | 07 2226 |
| 25 other unnamed USPO's ) | |
| ) | |
| Asst. United States Attorney's Office) | |
| Of Johnny Sutton: ) | |
| Johnny K. Sutton ) | |
| David Shearer ) | |
| Joey Contreras ) | |
| Diana Cruz-Zapata ) | |
| Richard Durbin ) | |
| and 25 other unnamed AUSA's ) | |
| ) | |
| Executive Office for U.S. Attorneys ) | |
| 25 other unnamed EOUSA officers ) | |
| ) | |

*************************************************************

Comes now Jesse Ramirez, Plaintiff, Pro-se and brings this second request for Preliminary Injuctive Relief/Temporary Restraining Order Against Defendants and will state the facts as follows.

1. Prior to Plaintiff sending out his Privacy Act Lawsuit. Plaintiff did send a letter to AUSA/Contreras cert. # **7007 0220 0004 4914 1689** on or about the ?1 of July 2007.

2. Wherein Plaintiff reminded AUSA/Contreras of the known false/inaccurate information that were in his files, how it has affected Plaintiff adversely and how Plaintiff was exercising his rights to remedy these known false/inaccurate statements/information against Plaintiff.

3. On or about the 15th of August 2007 at about 5:00pm. Plaintiff was called up to the Lt.'s office/Lt. Transou of USP/Pollock. And was presented with

RECEIVED
OCT - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

an Incident Report. That was written up byCase Manager DeVille and at the request of AUSA/Contreras of the Western Ditrict of Texas, San Antonio Division.

4. This Incident proported that Plaintiff was "Threatening" Peter and Rhonda Bauerlein via mail. Plaintiff will make this Incident Report **attachment A.** Wherein, Plaintiff was threatening to **inform** authorities of the BAuerleins criminal conduct(please refer to **attachment A.**

5. Plaintiff did infact forward the Bauerleins a legal and lawful documentation. That was/is in complete compliance with Texas State Criminal Code/Texas State Contract Laws and Texas State Civil Codes. Wherein, Plaintiff gave the Bauerleins **Notice** that they have illegally purchased the homestead of Jesse Ramirez/Plaintiff in San Antonio,Texas, Plaintiff did next **Demand** that the Bauerleins return immediately the property that the Bauerleins illegally purchased to the legal and lawful owners Alexis Nicole Ramirez, Alyssa Marie Ramirez and Plaintiff himslef. Plaintiff lastly and in accordance with Texas Contract Law. Offered the Bauerleins a legal and binding **Contract.** Wherein they through their conduct/actions **accepted** Plaintiffs offer to contract. Plaintiff will submit as **attachment B.** A copy of a BP-8 Documentation of INformal Resolution and Suporting Affidavit/Facts. About this alleged "Threat".

6. Attachment **B,** will clearly support that Plaintiff is in accordance with the controlling law in Texas. And in regards to having what is rightfully Plaintiffs returned tohim and his two minor daugters. This attachment **B,** further outlines the facts surrounding this unlawful request by AUSA/Contreras and his motives to have USP?Pollock officials retaliate against PLaintiff.

7. Plaitiff further attests that AUSA/Contreras's. Is only retaliating against Plaintiff in this manner. Because Plaintiff can prove that AUSA/Contreras has infact engaged in criminal conduct and is still engaging in criminal conduct. Wherein he is Obstructing Justice and Tampering with a witness. AUSA/Contreras **cannot** afford to allow Plaintiff. To proceed with this Privacy Act lawsuit and be forced to correct the false/inaccurate information in his file against Plaintiff.

8. Plaintiff is pleading with this honorable court to grant this motion. In order to stop this retaliation and criminal attempt on the part of the above mentioned people. To obstruct justice, deny Plaintiff his 1st amend. right,

5th amend. right, right to redress of grievence in a Texas State court and etc.

9. Plaintiff would also like to have this court note. That if Plaintiff was infact "Threatening" the Bauerleins in this documentation. Then AUSA/Contreras would have a duty to charge, indict, prosecute and convict Plaintiff of this alleged crime. As sending a threatening communication is a vilation 18 § 876.

10. The reason why AUSA/Contreras has not and will not initiate criminal charges against Plaintiff. Is because AUSA/Contreras is fully/legally aware. That the documentation that Plaintiff forwarded to the Bauerleins is in compliance with Texas Law, Texas Contract Law and even Federal Law. He also knows that most if not all BOP officials/USP Pollock officials. Are not only wholy **ignorant** to the law. But that they are wholy ignorant and moreso to Texas Law. Wherefore it is easier for AUSA/Contreras to manipulate(i.e. commit **Fraud**) on these BOP officials. In order for these officials to do his **dirty work** for him.

Wherefore premises considered Plaintiff hopes and prays that this honorable court will rely upon these facts and others that plaintiff can prove/document and will grant Plaintiffs 1st and 2nd request for Preliminary Injuctive Relief/ Temporary Restraining Order under F.R.Civ.Proc. Rule 65.

Respectfully

dated 8-17-07                Jesse Ramirez

P.S. Plaintiff does ask this honorable court to please excuse Plaintiff's non-compliance with serving the parties with this 2nd motion. Plaintiff does swear under penalty of perjury. That Plaintiff has .57 cents inhis Inmate Trust Fund Acocunt and is unable to pay for copies in order to serve the parties. Plaintiff does ask this honorable court to please serve the parties with a copy of this motion. Plaintiff sincerely thanks this honorable court for any assistance with this request.

BP-A288.052
SEP 05

**INCIDENT REPORT**   CDFRM

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

## Part I - Incident Report

| 1. Institution: USP Pollock | | | |
|---|---|---|---|
| 2. Inmate's Name<br>RAMIREZ, Jesse Salazar | 3. Register Number<br>31805-180 | 4. Date of Incident<br>08/14/2007 | 5. Time<br>3:00 pm |
| 6. Place of Incident<br>A03-354U | 7. Assignment<br>REC AM-1 | 8. Unit<br>A Unit | |
| 9. Incident<br>Extortion | | 10. Prohibited Act Code(s)<br>204 | |

11. Description Of Incident (Date: 08/14/2007 Time: 10:00 am    Staff became aware of incident)

which I reviewed 8/14/07 at 3:00 PM. The letter was authored by Jesse Ramirez and contains a copy of his inmate identification card on page 4. The letter is to Peter and Rhonda Bauerlein. In the body of the letter, inmate Ramirez threatens to inform authorities of criminal and civil misconduct on the part of the Bauerleins if they do not return possession of what he claims is his property which the Bauerlein's purchased. Inmate Ramirez has clearly demanded something in value under "threat of informing" as outlined in PS 5270.07, Inmate Discipline & Special Housing Units.

| 12. Typed Name/Signature of Reporting Employee<br>Jenna Epplin Deville, Case Manager/ | 13. Date And Time<br>8/15/2007 1:10 pm | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature) | 15. Date Incident<br>Report Delivered<br>8.15.07 | 16. Time Incident<br>Report Delivered<br>5:30 |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident

18. A. It is the finding of the committee that you:
____ Committed the Prohibited Act as charged.
____ Did not Commit a Prohibited Act.
____ Committed Prohibited Act Code(s)_____

B. ____ The Committee is referring the Charge(s) to the DHO for further Hearing.
C. •  The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

21. Date And Time Of Action _____ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

Chairman (Typed Name/Signature)     Member (Typed Name)          Member (Typed Name)

Original - Central File Record; Yellow - DHO; Blue - Inmate After UDC Action;
Pink - Inmate within 24 Hours Of Part I Preparation

Lt. Transou/UNit Team Montgomery, DeVille and Martin,                8-16-07

I am writing the missive to give you all notice. That the Incident Report that was given to me at about 5:00pm on 8-15-07. Does **not** comport with **CFR § 541.11(2) Time Limits in Disciplinary Process.** Further this shot violates my Due Process rights under the 5th amendment and the Supreme Court Case of **Wolfe v McDonnell 418 U.S. 539(1974). Wherin** this shot was given to me a whole 2 hours after the allowed 24 hours. That staff has, to serve me withthis alleged incident report. This Incident Report also violates **CFR § 541.15(a) Initial Hearing**. Staffs continued non-compliance with the mandates of CFR adn Program Statement. Constitutes a denial of Due Process and will then make staff liable for civil and criminal charges. Which will be remedied by a 42 § 1983 suit. Furthermore, the AUSA Joey Contreras has committed Fraud in his Fax to Mrs. Deville. By knowingly and intentionally misrepresenting material facts and omitting material facts as well. This conduct onthe part of AUSA Contreeras is infact criminal. Where he committed Fraud in a Govt.Document. A clear violation of Title 18 § 1001 and a violation of Title 18 § 241 and etc. Now, the above named persons have a duty under Title **18 § 3050 Bureau of Prisons employees powers.** To initiate criminal charges and prosecution against"**18 § 3050(3)**" AUSA Contreras. Lastly, inmate Ramirez does ask that this Incident Report be dismissed immediately for non-compliance with CFR and Program Statement. I will attach as **attachment A**, a sopy of the defective Incident Report. In order to support your decision to dismiss this arbitrary/retlitoious action against me.

Sincerely

Jesse Ramirez #31805-180

cc: Congressmen/women
District Court in Washington, D.C.

Gave to Montgomery on 8-16-07
at 12:15pm /mAmlmy

Cleavinger v Saxner 474 US 193
Young v Kann 924 F2d 1394
Pembroke v Wood County, Texas 981 F2d 225
Ponte v Real 471 US 491

I am requesting All Discovery (ie. the Faxed letter From AUSA/Contreras to Mrs. Deville, Any other Documents, Reports, Statements made by persons/BOP officials, AUSA's Against me) Also, I am requesting to Call Lt. Transou and USP/Pollock's on _____ Attorney's witnesses in support of my Due Process rights.

Wolfe v McDonnell

# DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, **Administrative Remedy Program**, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate Name: Jesse Ramirez    Reg. No.: 31805-180    Unit: A/3

**Specific Complaint and Requested Relief:** I am requesting to have Case Manager DeVille, her husband C/O DeVille, Unit Manager Montgomery and other USP/Pollock/BOP Officers refrain from retaliating against me (e.g. stop tearing up my room, stop writing me up on bogus Incident Reports at the orders of AUSA/Contreras and other arbitrary and retalitorious action against me). Please See Attachment..........

**Efforts Made By Inmate To Informally Resolve Grievance (be specific):** I have spoken with Lt. Transou, Case Manager DeVille, Unit Manager Montgomery and C/O DeVille. And have asked them not to involve themselves in the criminal conduct of AUSA Contreras and to not interfere with my access to the courts on my Personal/Family Civil and legal matters. They have refused and ignored my requests.

**Counselor's Comments:** _____

_____

_____

_____

_____

_____

_____    _____
Correctional Counselor's Review / Date    Unit Manager's Review / Date

DATE GIVEN TO INMATE:
DATE RECEIVED FROM INMATE: _____

On or about the 15 of August 2007. I was called to the Lt.s office at about 10 minutes to 5:00 pm. At about 5:00 pm I was called into Lt. Transou's office and given an Incident Report. That alleged that I had threatened informing the proper law enforcement agencies of criminal conduct. On the part of Peter and Rhonda Bauerlein. For them not returning property that is legally and lawfully my daughters and mine. First off, I along with everyperson in America adn including AUSA Contreras, Mrs. DeVille and other BOP officials. Have a **duty** to **report** criminal conduct. **Title 18 § 4 Misprison of Felony-** Who having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does **not** as soon as possible make known the same to some judge or **other** person(i.e. the proper law agency and even AUSA/Contreras) in civil or military authority under the United States, shall be fined inder this Title or imprisoned not more that three years". As well **Title 18 § 3 and 2.** Are crimes that support inactions of any person. The illegal transfer of Title/Deed by Jessica Renee Rangel(my common-law wife), the Bauerleins, the Real Estate Agents and Companies and the Steve Aycock/Alamo Title in San Antonio. Is not only a criminal offense under Texas Law **Texas Penal Code § 31.01 Theft(b)(1)** Appropriation of property is unlawful if: it is done without the owners consent; **Stewart v State 44 S.W.3d 582, 589(Tex Crim 2001)** "We hold that the crucial element of theft is the deprivation of property from the rigthful owner, without the owner's consent, regardless of whether the defendant[s] at that moment has taken possession of the property".;But it is a criminal offense in the courts of the United States Government as well. As Texas is a **commonlaw** state, common-law marriages are accepted and recognized; **White v State Farm Mut. Auto Ins. 907 F.Supp at 1016(1995 E.D Texas)** Texas has **long** recognized that persons who desire to live as husband and wife need **not** necessarily formalize their desires by engaging in a ceremonial wedding'! See **Grisby v Reib 105 Tex 597, 153 S.W 1124** Section 1.91(a)(2) of the Texas FAmily Code is the codification of the common law's requirements for an **informal** or "**common-law**" marriage. In order to prove a common-law marriage in Texas, a party must satisfy three elements (1) that the couple agreed to be married, (2) after their agreement, the couple lived together in Texas as husband and wife, and (3) the couple represented to others that they were married" First off, Jessica Renee Rangel and Ihad a **private agreement** to be married. Wherein, she accepted a **2 carat $ 20,000.00 dollar** engagement ring from me. Secondly we lived together in Texas for many many years, homesteaded the property in question and lived with our to minor daughters as a family. Lastly, we held ourselves out to other that we were married/husband and wife. There is documentation that is in the possession of AUSA/Contreres and is supposed to be attached to the legal and lawful documentation that I have forwarded to theBAuerleins(i.e. car titles registered in the State of Texas to **Jesse and Jessicae Ramirez 344 Mustang Circle, San Antonio, Tx 78232).** Furthermore, " There is **no** common law divorce in Texas and the mere passage of time and ceasing of cohabitation will **not** serve to terminate a common-law marriage once it is in existence" **Claveria v Claveria 615 S.W2d 164, 165, 167(Tex 1981).** To further substantiate my legal and lawful position on the Bauerleins and in accordance with **Texas Law/Texas Family Code.** Jessica Renee Rangel(common-law wife) needed my signature and permission. To sell our homestead and families only home. In **40 Am Jur 2d § 118. Wife's conveyence or encumbrence-** "Generally Speaking, where a conveyence or encumbrence of **homestead** property is **prohibited** unless the husband and wife join in the deed, the wife **cannot alone** convey or encumber the property". The only way that Jessica Renee Rangel(common-law wife) could have conveyed or encumbered our homestead(i.e. sell or take out the loan that she took out against our homestead). Was through the **FRAUD** that she knowingly committed and committed with the above named peoples knowledge. This conduct on the part of Jessica Renee Rangel(common-law wife and he co-conspirators) is in effect. Another First Degree Felony, crime in Texas and

is a violation of **Texas Penal Code 32.32 False Statement To Obtain Property or Credit(a)(1).** "[T]he forbidden conduct in § 32.32 is the intetional or knowing making of a materially false or misleading statement to obtain propertyor credit. The offense is complete once the written, deceptive statement relevant to obtaining property or credit is made, even if the perpetrator is not successful in obtaining the property or credit as a result of his/her written statement. **Cheney V State 755 S.W.2d 123, 129(Tex Crim 1988).** Jessica renee Rangel's known false statement was that she is a "Single Unmarried Woman". I will attach as **attachment A** a copy of a govt. document. That prove that her and I held ourselves out to be married and which under Texas Law, constitutes a common-law marriage. Furthermore, this legal and lawful document that I sent to the Bauerleins. Was on behalf of my two minor Daughters Alexis Nicole Ramirez and Alyssa Marie Ramirez. As is a fact, Jessica and I had a verbal agreement. In regards to me putting the house in her name. That agreement was, this transaction was for the benefit/interest of **our family** and that ultimately. This house was and will always belong to the girls. We are merely the caretakers, executors of what is all rightfully theirs. Jessica misrepresented and omitted this verbal agreement as well. This house/property was never hers to begin with and it was already under a binding contract. Wherein the case law in **Texas** and in regards to **Implied Contracts/verbal Contracts** is this. "As a rule, a party may recover under an implied contract only when no express contract exists covering the subject matter. An implied contract "arises from the **act** and **conduct** of the parties[the contract] being implied from thefacts and circumstatnces". An implied contract us effective in law when one party can reasonable draw an inference of a promise form **any** aonduct by the other party".,**Top Rank Boxing v Gutierrez 236 F.Supp2d 637 at 654[5](W.D.tex 2001);** "Texas law recognizes an implied contract in which the parties form a contract based upon their acts and conduct", **Hondo Oil and Gas v Texas Crude Operator Inc. 970 F2d 1433, 1436(5th 1993).** This same principle applies in regards to the Bauerleins **accepting** my offer to contrat. Wherein they failed to return the property to its legal and lawful owners. Alexis NIcole Ramirez's, Alyssa Marie Ramirez'z and mine. The Bauerleins through their **conduct** (i.e. actions and inactions) entered into a binding legal contract with me. The proof is their acceptance of my package through the mail. Further under Contract Law and Federal Cotract Caselaw. "Because the new terms and the writing are one and the same, the **acceptance** of these new terms is the **assent** to the letter as an integration of the parties understatnding. Such **acceptance** can be shown by **act, or conduct, or by the** offeree's **silence** and **inaction.** See **John J Brennan Constr. Corp. v City of Shelton 187 Conn 695, 448 A2d 759, 762(1993).** It is axiomatic that **regardless** of a parties **actual intent if he/she** conducts himself so as to lead the other party reasonably to conclude that he is **accepting** an **offer** to **contract, acceptance** has taken place as a **matter of law". Petereit v S.B. Thomas Unc. 63 F3d 1169(2nd 1995).** Everything that I have forwarded to the BAuerleins and others. Has been in complete/strict accordance with the laws of **Texas/Contract Law** and **Federal Law.** As AUSA/Contreras has further misrepresented and materially omitted material facts(i.e. committed Fraud on BOP official and in an attempt to have BOP officials do his dirty work/retaliate against me). **Title 28 § 1652 State Laws As Rules of Decision-** The laws of the several States, except where the Constitution or tresties of the United States or Acts of Congress otherwise require or provide, **shall** be **regarded** as **rules** of decision in **civil actions** in the courts of the UNited STates, in cases where they apply". Inother words and in laymens terms. These States Rules under **Contract Law** control the decisions of the Federal Courts and AUSA/Contreras must abide by them. As I am exercising my rights under **civil actions** against the BAuerleins and others. In the courts of the State of Texas and if need be Federal courts. In accordance with my 1st amendment **Constitutional** rights. My right to address the **courts** for redress of grievence. Now, Case Manager DeVile's unjust arbitrary action, as well as her husbands, MOntgomery's and other BOP officials. Is in

complete contradiction of my sovereign immunity that is guaranteed to me by the **State of Texas/Constitution of Texas** and **The Applicable Law of Texas**. Due to the fact that this Incident Report was procurred through **FRAUD** and was in complete contradiction of **28 CFR**. I asked that my Unit Team dismiss this arbitrary action against me immediately. Wherein I gave this request to Unit Team MR. Montgomery at mainline on 8-16-07 at about 12:13 pm. Subsequent to that, Mrs. deVille and her husband in retaliation of me exercising my rights under the 5thamend, CFR adn controlling Supreme Court precedent. Entered my room, shook it down and left everything in total disarray/destroyed. Where there are many witnesses to testify to these facts. Further, the United States Supreme Court in **Scher v Engelke 943 F2d 921(1991)** "Affirmed the fact that prison guards and officials **can** be held **liable** for **retaliatory or harrassment** searches or searches leaving inmates cells in **disarray.** Scher held that the scope of the 8th amend. protection is broader than mere infliction of physical pain. Due to the **facts** that I have outlined. I ask that these above mentioned BOP official cease immediately this retalitorious action against me. At the request of AUSA/Contreras. AUSA/Contreras is in a position to exercise his power to indict me and convict me for action that he feels is criminal in nature. As it is his duty to do so. The reason why he has **not** charged me with crime. Is because he **knows that** I have broken no law and that my legal documents directed at the Bauerleins. Comply with **Texas State Law/Texas Contract Law and Federal Law** as well. AUSA/Contreras also knows that most BOP and USP/Pollcok officials are ignorant to Texas law. Therefore it is easy for him to **manipulate** the above mentioned people/officials. By playing on their ignorance of law and Texas law. This legal battle that has been ongoing with him and I. Is between him and I and is fixing to result in his criminal prosecution. Due to the fact that AUSA/Contreras has committed many criminal offenses. Which include Conspiracy Against Rights 18 § 241 & 242, Fraud/False Statements in a govt. document 18 § 1001, Murder 18 § 1111 for the death of Ashley Villarreal a 14 year old little girl in San Antonio and the subsequent cover up by him, the DEA agents, Magistrate Judges, District and even a Circuit Court Judge. He is currently guilty of **Obstructing Justice** and **Tampering With Witnesses 18 § 1510** and **18 § 1512**, **18 § 1509**. Wherein he is impeding my exercise of constitutional rights. In bringing criminal and civil violation/remedies against himself. Where he is trying to use BOP officials to harrass/retaliate against me for him. In hopes of keeping me from proving the facts against him. Which in effect is making BOP officials accomplices, co-conspirators and liable as well. I have all the documents to prove what I am saying in this BP-8 and will make said available to whom ever would like to see proof. Therefore I ask once again, that these above named people/BOP officials. To cease their criminal conduct against me and at the request of AUSA/Contreras. And to please stay out of what is between AUSA/Contreras and I. There is no need toinvolve yourselves in what does not concern BOP officials. And in the continued criminal conduct of AUSA/Contreras.

                                            Sincerely

                                          Jesse RAmirez #31805-180

I Jesse RAmirez do swear under penalty of perjury that the foregoing is true and correct, can be substantiated with documentation and that I am the person who is signing this document.

8-17-07

                                          Jesse Ramirez #31805-180

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>(Continuation) | 1. File No.<br>M2-02-0005 | 2. G-DEP Identifier<br>YNC1A |
|---|---|---|
| | 3. File Title ███████████████ | |
| 4. Page 4 of 4 | | |
| 5. Program Code<br>HID 100 | 6. Date Prepared<br>09/10/02 | |

7930 Roanoke Run, San Antonio, Texas. SA Culver observed the Officers attempting to make contact with the occupant of the townhouse.

17. At approximately 12:35 a.m., SA Culver observed the Officers enter the residence located at 7930 Roanoke Run #401, San Antonio, Texas.

18. Other Agents and Officers present: GS F. Mike McDaniel, SA's AB Castaneda, Sue Clay, Jason Stallings, Bill Swierc, Lanny Hall, and Jim Phillips, TFO Frank Perez, DPS Officers Rhonda Perry and Richard Eatherly.

## VEHICLE SECTION

1. A black 2003 Ford F150 crewcab pickup with a gold strip along the bottom bearing Texas a paper dealer tag. Texas paper dealer tag was issued by Ancira Ford dealership in Eagle Pass, Texas.
2. A white 1994 4-door BMW bearing Texas tag number K33GVT, registered to a Antonio R. NEAVES at 1419 Sava, San Antonio, Texas.
3. A white 1990 Ford Mustang with a spoiler bearing Texas license number F20HCJ, registered to Jesse and Jessica RAMIREZ at 344 Mustang Circle, San Antonio, Texas.

## INDEXING

1. CASTILLON, Noe Alejandro - NADDIS #5136210.

2. HERNANDEZ, Reynaldo - NADDIS #5310678

3. NEAVES, Antonio - NADDIS NEGATIVE.

4. CAMPOS, Rene - NADDIS #5375980

5. GARCIA-ARGUELLO, Jose Angel - NADDIS PENDING

6. RAMIREZ, Jesse Salazar - NADDIS #4894158

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.