UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jesse Ramirez,

                Plaintiff,

v.

Department of Justice, *et al.*,

                Defendants.

Civil Action No. 07 2226

### ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

This matter is before the Court on consideration of plaintiff's "Second Pro-se Motion Asking for Preliminary Injunctive Relief/Temporary Restraining Order."

A preliminary injunction cannot be issued without notice to the adverse party, Fed. R. Civ. P. 65(a)(1), and a temporary restraining order can be granted without notice to the adverse party only if "it clearly appears from the specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to [plaintiff] before the adverse party or that party's attorney can be heard in opposition." Fed. R. Civ. P. 65(b). Plaintiff's submission does not include a certificate of service as is required under Fed. R. Civ. P. (d). Further, his submission neither certifies his efforts to give notice to defendants nor offers reasons supporting a claim that notice should not be required. *See* Fed. R. Civ. P. 65(b)(2). Moreover, it is not clear from plaintiff's motion or from the underlying complaint that he stands to suffer an immediate or irreparable injury before defendants can be heard in opposition.

Accordingly, it is hereby

ORDERED that plaintiff's "Second Pro-se Motion Asking for Preliminary Injunctive Relief/Temporary Restraining Order" is DENIED WITHOUT PREJUDICE.

SO ORDERED.

/s/ Elun D Hvdk
United States District Judge

Date: 11/9/07