UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JESSE RAMIREZ            )
                         )
    Plaintiff            )
                         )        Civil Action No.  07-2226 RWR
         v               )
DEPARTMENT OF JUSTICE, et al., )

**REASSIGNMENT OF CIVIL CASE**
**(non-calendar committee)**

The above entitled action was assigned on January 31st , 2008   from Unassigned (9098)

to Judge Roberts  because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Roberts
& Courtroom Deputy
Processing Clerk
Statistical