UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JESSE RAMIREZ           :
    Plaintiff          :
vs.                     :
                        :   Civil Action #  07-2226(RWR)
                        :
DEPARTMENT OF JUSTICE , et al   :
    Defendants         :
                        :

MOTION FOR EXTENSION OF TIME

    The United States Attorney respectfully requests an extension of time until May 30, 2008 for the defendants to file a response to plaintiff's complaint.  A response currently is due on April 14, 2008.

    Three agencies and seven individual defendants are named in plaintiff's complaint. Although the United States Attorney's Office has received copies of representation requests from some of the individually named defendants, no decision on authorization has been received from the Department of Justice.  Additionally, the defendant agencies have not yet  submitted sufficient information to allow the preparation of an answer or other appropriate response to the complaint.

    This is the first request for an extension of time made by the defendants.[1]

---

[1] Plaintiff Ramirez is incarcerated and, therefore, has not been contacted concerning this motion.

Therefore, it is respectfully requested that the motion be granted.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 14th day of April, 2008, a copy of the foregoing motion for extension of time was mailed, postage prepaid to plaintiff pro se

JESSE RAMIREZ
R31805-180
POLLOCK
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 2099
POLLOCK, LA 71467 .

                                                                      /s/
                                            Rhonda C. Fields
                                            Assistant United States Attorney

,

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSE RAMIREZ : | |
|     Plaintiff : | |
| vs. : | |
| : | Civil Action #  07-2226(RWR) |
| : | |
| DEPARTMENT OF JUSTICE , et al : | |
|     Defendants : | |
| : | |

ORDER

Upon consideration of the United States Attorney's request for an extension of time until May 30, 2008 in which the defendants may file a response to plaintiff's complaint, it is hereby

ORDERED that the motion is GRANTED.

Date: _____
                          UNITED STATES DISTRICT COURT JUDGE