UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

APR 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jesse Ramirez
 Plainitff,

vs

Department of Justice, et al
 Defendant,

Civil Action # 07-2226(RWR)

# 7007 2680 0001 2627 3186

## RESPONSE TO MOTION FOR AN EXTENSION OF TIME

 THE PLAINTIFF respectfully would like to respond to Defendants Motion for an Extension of Time. That Plaintiff did receive on 4/18/04 at about 4:47 in the afternoon. Plaintiff would also like to infor this honorable court. That USP/Pollock was/is still on lockdown status. And is operating under a very limited movement schedule. That just as of today 4/24/08. Plaintiff was allowed a limited time in the law library.

 1) Plaintiff would like to "OBJECT" (for purposes of the record) the defndants motion for an extension of time. Defendants have been given sufficient amount of time. As this Civil Action has been forthcoming for some time now. Defendants have been made aware of this civil action and the record will support. Plaintiffs position on this as well.

 Further and for purposes of the record. The Defendant s were aware of this civil action coming. As is also clear from the record. They made the time to "Retaliate" against Plaintiff in anticipation of it. While Plaintiff was designated to USP/Beaumont and has infact been retaliated against. By USP/Pollock officials as well. And at the request of Defendant AUSA/Jose Contreras. In hopes ofpreventing/discouraging Plaintiff from accessing the court. And filing this civil action. The record will also support Plaintiff's allegations on this.

 2) Plaintiff would like to bring to the attention of the court. That AUSA/R. Fields does mistate the number of defendants. That are currently named on this civil action. There are currently more that seven. And Plaintiff does intend on amending the civil complaint. With other defendants/agencies. As soon as Plaintiff is allowed adequate access to the law library. And is able to obtain the personal/neccessary information on the defendants/agencies.

3) Lastly and in regards to the "defendant agencies not yet submitting or forwarding AUSA/R. Fields the information needed for her answering and properly responding to this complaint". I would like to say that I can definately relate to the position they have her in. As many, of the defendants and agencies (i.e. all of them). Have failed to discharge any duty they are charged with. Including their duties under the Privacy Act.

And therefore, I would like to extend an amicable offering to AUSA/R. Fields. To afford her a copy of any and all documents. That will assist/allow her to respond to this civil action. That proves these defendants/defendant agencies. Willfully failed to adhere to their duties and mandates of the Privacy Act and other duties as well. The record in my possession is fully developed in regards to this civil action.

Respectfully

Jesse Ramirez # 31805-180          dated:    4/25/08

I Jesse Ramirez do hereby declare that I caused to be served a copy of this response. Via first class mail to the defendants/defendant agencies and or their agent/attorney AUSA/ R. Fields. On this day April 25,2008. And handed such packet to prison officials at USP/Pollock.

Defendans/Defendant Agencies          U.S. District Court
C/O AUSA/R. Fields Civil Division     333 Constitution Ave., N.W.
555 Fourth Street, N.W.               Washington, D.C. 20001-2866
Washington, D.C. 20530

dated: 4/25/08

Jesse Ramirez # 31805-180