IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jesse Ramirez §
    Plaintiff, §
§
vs § Civ No. 07-2226(RWR)
§
Department of Justice et. al §
§
§

**PLAINTIFFS DEMAND FOR JURY TRIAL**

RECEIVED
JUL - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Plaintiff, Jesse Ramirez, asserts his rights under the Seventh Amendment to the U.s. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on **all** issues.

Respectfully

Jesse Ramirez  # 31805-180          dated: 6/30/08

**CERTIFICATE OF SERVICE**

    I Jesse Ramirez do swear under penalty of perjury that I have served Party's a copy of this motion "Demand For Jury Trial". Via first class mail on June 30 2008 and addressed it to:

U.S. District Court         Defendants/Attorney
333 Constitution Ave., N.W.   555 Fourth Street N.W.
Washington, D.C. 20001      Washington, D.C. 20530

Respectfully

Jesse Ramirez # 31805-180