UNITED STATES DISTRICT COURT FOR
DISTRICT OF COLUMBIA

Jesse Ramirez §
    Plaintiff, §
     §
vs § civ no. 07-2226(RWR)
     §
Department of Justice et. al §
     §
     §

RECEIVED
JUL - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFFS REQUEST FOR HEARING ON
SUMMARY JUDGMENT

    1) Plaintiff Jesse Ramirez Requests Hearing on Sunnary Judgment.

    2) Although a hearing for Request For Hearing ON Summary Judgment is not a receipt of evidence, Plaintiff does believe the issues are complex, and a hearing would allow the lawyers to argue their respective psoitions would be helpful to the court:

    A) Plaintiff is a Pro-se litigant and a layman to the law. Plaintiff would like this opportunity to argue his position of these complex issues to the court. In order for this court tounderstand (1) Plaintiff is not trying to rely upon the Privacy Act to attack his sentence and conviction. Plaintiff is a layman to the law and is feeling that Defendant and this court. May misconstrue what Plaintiff is actually claiming; (2) Plaintiff is not trying to bring a Bivens or 1983 action. Plaintiff does believe that if a hearing is held, he can clarify the type of action he is bringing to this court; (3) Plaintiff is not asking the Defendant to "correct/amend" their records against Plaintiff. He is solely bringing forth this action in accordance with the elements of the Privacy Act and Deters 85 F3f at 657. Which Plaintiff has met all "4" elements.

    3) Federal Rules of Civil Procedure permits Plaintiff to request a hearing and present evidence on this motion.

    A) As Plaintiff is a layman to the law. He feels that the ends of justice will be properly met if the is allowed to "orally" present the evidence on this motion and his position.

    B) Plaintiff feels that the ends of justice will be better served if he is allowed the opportunity to present testimony of the willful/intentional violations of the privacy Act **ab initio**. So that the court can better understand what Plaintiff is alleging.When he mentions his unlawful arrest, his kidnapping, the unlawful issuance of the arrest warrant, the unlawful issuance of the

1.

the search warrant, the unlawful return of the indictment etc. And Plaintiffs subsequent "classification and designation by the BOP.

4) Plaintiff also asks for a hearing and due to the fact. That Plaintiff has **not** been allowed access to view his PSI Report. Despite the fact that Plaintiff has requested many times to do so and via written "COP-OUTS" and "ORAL" requests to BOP staff. As this court is very well aware the PSI report is central to Plaintiffs position on his Privacy Act claim. Without it, Plaintiff will **never** be able to support his claim and to properly "Petition the Govt. for a Redress of Grievance" U.S.C.A. 1st amendment of the constitution. This request and this issue is in the "interest of justice".

Plaintiff therefore asks the court to set this motion for hearing, and for request for hearing to present evidence. In accordance with the F.R.Civ. Procedure and Local Rules as well. Plaintiff asks this court to construe his pleading liberally under, **Haines v Kerner** 404 US 519, So L.Ed.2d 652, 92 S.Ct. 594(1972) Pro-se litigants pleadings **are** to be liberally contrued and held to **less** stringent standard that formal pleadings drafted by lawyers; if court can reasonably read pleadings to state calid claim on which litigant could prevail, it should do so despite the failure to cite proper legal authority, confusion of legal theories, poor syntax and sentence construction or litigants unfamiliarity with pleading requirements.

Respectfully

*/s/ Jesse Ramirez*

Jesse Ramirez # 31805-180                          dated: 6/30/08

### CERTIFICATE OF SERVICE

I, Jesse Ramirez do swear under penalty of perjury that I hand delivered a copy of this motion "Plaintiffs Request For Hearing on Summary Judgment" to USP/Pollock officials on June 30 2008 and sent this packet via first class mail addressed to :

U.S. District Court                    Defendants/Attorney
333 Constitution Ave., N.W.            555 Fourth Street N.W.
Washington, D.C. 20001                 Washington, D.C. 20530

Respectfully

*/s/ Jesse Ramirez*

Jesse Ramirez # 31805-180

2.