UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUL 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jesse Ramirez §
        Plaintiff,     §
                       §
vs                     §    Civ No. 07-2226(RWR)
                       §
Drug Enforcement Administration et. al §
        Defendant,     §
                       §

*# 7007 2680 0001 2627 5937*

## MOTION UNDER F.R.CIV.PROC. RULE 43(c)
### REQUESTING FOR HEARING

Request for hearing. If either party wants an oral hearing for summary judgment, it should make a timely request. See, e.g. **Yamaha Corp. v Stoneciphers Baldwin Pianos & Organs inc. 975 F2d 300, 301(6th 1992)**(local rule required timely application for hearing).

### A. INTRODUCTION

1.    Plaintiff is Jesse Ramirez; Defendant is Drug Enforcement Administration et. al.

2.    Plaintiff sued Defendant for willful/intentional, creation, maintenance and dissemination of in accurate/false information (i.e willfl violations of the Privacy Act) **ab inition** and for the severe adverse affects, injuries and actual damages Plaintiff has suffered as a result.

### B. ARGUMENT

3.    Plaintiff is aware that the form of a request for hearing is governed is generally governed by local rule. It is stated that courts are more likely to grant hearings in cases that involve numerous or complex issues or if the argument supporting the motion and responses need clarification.

4.    Plaintiff does ask this judge to take Judicial Notice under F.R.Evid. 201(d). Of the "numerous and complex issues", that are in regards to his Privacy Act suit. This request pertains to his "initial response and this response to the DEA' motion to dissmiss and or summary judgement.

5.    Plaintiff requests this hearing and is aware. That this "Request For Hearing" is not a receipt of evidence, Plaintiff believes the issues are complex, and a hearing to allow the lawyers to argue their respective positions would

1.

be helpful to the court.

6.    Federal Rules of Civil Procedure rule 43(c) permits party to request a hearing and present evidence on this motion.

7.    Plaintiff therefore asks this honorable court to set this motion for hearing to present evidence. So that counsel may present evidence. This request for a hearing complies with the F.R.Civ.Procedure in regards to Summary Judgements.

### C. CONCLUSION

Wherefore promises considered and due to this civil suit containing "numerous and complex issues". Plaintiff hopes and prays that this court will in the interest of justice grant his motion.

Respectfully

Jesse Ramirez # 31805-180                    dated: 7/25/08

### CERTIFICATE OF SERVICE

I, Jesse Ramirez do  hereby certify under penalty of perjury that i have served a true and correct copy of the following documents:

        Plaintiffs Motion Under F.R.Civ.Proc. rule 43(c)
        Requesting For Hearing.

which pursuant to Houston v Lack 487 US 266(1988) is deemed filed at the time it was delivered to prison authorities for forwarding to the court and service upon parties to litigation or their attorneys of record. I have placed the material referenced above in a properly sealed envelope wit first class postage affixed and addressed to:

U.S. District Court                  Defendants Attorney
333 Constitution Ave., N.W.          C/O R. Fields civil Division
Washington, D.C. 20001               555 Fourth Street N.W.
                                     Washington, D.C. 20530

and deposited said envelope via hand delivered to the mail room staff at USP/ Pollock, La on this _25_ day of July 2008

Respectfully

Jesse Ramirez # 31805-180

2.