United States District Court
For The District Of Columbia

**RECEIVED**
JUL 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jesse Ramirez §
    Plaintiff, §
§
                               Civ No. 07-2226(RWR)
vs §
§
Drug Enforcement Administration et. al §
    Defendant, §
§

# 7007 2680 0001 2627 5937

PLAINTIFFS MEMORANDUM IN SUPPORT
OF MOTION TO TAKE JUDICIAL NOTICE OF FACTS

    Plaintiff asks this court to take Judicial Notice of the facts, as authorized by Federal Rules of Evidence 201.

A. INTRODUCTION

1.    Plaintiff is Jesse Ramirez; Defendant is Drug Enforcement Admin. et. al.

2.    Plaintiff sued Defendant for willful/inten..cnal violations of the Privacy ACt **ab initio** 5 § 552a and for the severe adverse affects, injuries and damages Plaintiff has suffered as a result.

3.    Plaintiff asks this court to take Judicial Notice of the facts. That prove (1) the DEA and its officials. Namely agent Joe Dubois, Cal Fowler Case Agent A.B. Castaneda, Doug Davis, Ken Peterson/Supervisor, ASAC Javier Pena and AUSA/Shearer (please refer to Att. # 1 exhibits 6, 6a and 7 in support thereof). Were fully aware on June 6,2002, June 26,2002 and July 16,2002. That the statements that Jose Soto made about Plaintiff. Were infact "inaccurate/false", were so 5 months before they relied upon them and which proves. That this Defendant and its official did infact "**create, maintain** and **disseminate** "**False**" records and did so intentionally. See **Downie v City of Middlebeg Heights 301 F3d 688(6th 2002)**; (2) Defendant and its officials reliance on this inaccurate/false information was the proximate cause of the severe adverse decisions/affects that Plaintiff suffered; (3) as the record proves that Plaintiff has been severely aggrieved by these many adverse determinations; (4) this also proved that Defendant and its officials failed to maintain records accurately and

1.

(5) not only proves their conduct was "willful/intentional". But was also criminal. Please see 552 a, **Deters 85 F3d 655, 660(D.C. 1996)** and **Downie v City of Middleberg Heights 688(6th 2002).**

4.  Plaintiff is in possession of more documents that will further support his position. Under the provisions of the Privacy Act. As the records are infact voluminous. Plaintiff will supply this court with them upon request. AS Plaintiff has supported his position with these documents. That **ab initio** support his claims. The other documentation consists of pre-trial, trial and sentencing transcripts. But nonetheless this documentation does exist.

B.  ARGUMENT

5.  The Court has authority to take Judicial Notice of adjudicative facts. The court can take judicial notice of facts that are **not** subject to reasonable dispute if the tacts are either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resorting to sources whose accuracy **can not** reasonably be questioned. F.R.Evid. 201(b). **Ritter v Hughes Aircraft Co., 58 F3d 454, 458-59(9th 1995);** see **Dippin Dots Inc., v Frosty Bites Distrib. 369 F3d 1197, 1204-05(11th 2004).**

6.  The Court **must** take Judicial Notice of fact if a party requests that the court take judicial notice and "supplies the court with the necessary information". F.R.Evid. **201(d).** Plaintiff does ask this judge to take Judicial Notice of the facts that Plaintiff has alleged in this motion and in (Att. # 1 pg 1 thru 33 and **all** supporting exhibits). That prove Defendant DEA and its officials "willfully/intentionally" violated teh Provacy Act **ab initio, created, maintained and disseminated** "F..A..L..S..E.. records on Plaintiff.

7.  If a Party makes a timely request, the party is **entitled** to a hearing on the propriety of taking Judicial NOtice and the tenor of the matter noticed. F.R.Evid. **201(e).** Plaintiff does ask this court to hold a hearing to consider this motion.

C. CONCLUSION

The facts that Plaintiff has outlined and supported with documentation. Are capable of accurate and ready determination by resorting to sources whose

accuracy cannot reasonably be questioned. **Ritter v Hughes Aircraft Co. 58 F3d 454, 458-59(9th 1995).** Plaintiff relies upon the actual DEA-6 reports, news paper articles, Defendants official pretrial, trial testimony sentencing transcripts and etc. In suppoort of asking this court to take Judicial Notice of the requested facts.

Respectfully

Jesse Ramirez # 31805-180          dated: 7/25/08

### CERTIFICATE OF SERVICE

I Jesse RAmirez do swear under penalty of perjury that i hand delivered a copy of this motion "Motion To Take Judicial Notice Of Facts" to USP/Pollock official on July 25 2008 and sent this packet via first class mail addressed to:

U.S. District Court                  Defendants Attorney
333 Constitution Ave. N.W.           R. Fields/Civil Dept.
WAshington. D.C. 20001               555 Fourth Street  N.W.
                                     Washington, D.C. 20530

Respectfully

Jesse Ramirez # 31805-180