UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**RECEIVED**

AUG 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jesse Ramirez §
    Plaintiff, §
§ Civ No. 07-2226(RWR)
vs §
§
U.S. Department of Justice et. al §  #7007 2680 0001 2627 6507
    Defendant, §
§

PLAINTIFFS MEMORANDUM IN SUPPORT
OF MOTION TO TAKE JUDICIAL NOTICE OF FACTS

    Plaintiff asks this court to take Judicial Notice of the facts, as authorized by Federal Rules of Evidence 201.

### A. INTRODUCTION

1.    Plaintiff is Jesse Ramriez; Defendant is Department of Justice et. al.

2.    Plaintiff sued Defendant for willful/intentiona violations of the Privacy Act ab initio 5 § 552a and for the severe adverse affects, injuires and actual damages Plaintiff has suffered as a result.

3.    Plaintiff asks this court to take Judicial Notice of **exhibit # 1** and what it states. This exhibit is being submitted in support of the extent that Defendants Officials will go to. While they willfully/intentionally violated the mandates of the Privacy Act ab initio (i.e. as early as June 6,2002).

4.    The green highlighted parts prove how these Defendant officials. Will not only ignore the mandates of the Privacy Act. But will also intentionally ignore the mandates of the "Rule of Law". That Johnny K. Sutton himself relies upon to justify convicting 2 Border Patrol agents.

5. Attachemnt # 1 that has been made part of the record. Does prove beyond a reasonable doubt that these Defendant officials did infact "create, maintain and disseminate FALSE records". **Downie v City of Middleberg Heights 301 F3d 688(6th 2002).** Which then allow Plaintiff to bring forth this suit for money damages.

6. It is just amazing how Johnny K. Sutton will adhere/apply the "Rule of Law" to other. govt. officials and for their wrongdoing. Yet, he will refuse to charge and prosecute his very own AUSA's and the DEA agents who committed these willful violaions of the Privacy Act and engaged in criminal conduct therein.

B. ARGUMENT

7.   The Court has authority to take Judicial Notice of adjudicative facts. The court can take judicial notice of facts that are not subject to reasonable dispute if the facts are either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resorting to sources whose accuracy can not be reasonably be questioned. F.R.Evid. 201(b). **Ritter v Hughes Aircraft Co. 58 F3d 454, 458-59(9th 1995);** see **Dippin Dots Inc., v Frosty Bites Distrib. 369 F3d 1197, 1204(11th 2004).**

8.   The court must take Judicial Notice of the fact if a party requests that the court take judicial notice and "supplies the court with the necessry information" F.R.Evid. @01(d). Plaintiff asks this court to take Judicial Notice of the facts in **exh. # 1.** In order for this court to see the blatant willfulness of these Defendant Officials. To knowingly disregard their duties/ mandates under the Privacy Act, under their oath 28 § 544, 547, Title 5 § 7301, the Murtha-McDade Bill HR 3396 sec. 201(a)(1) thru (10) and other mandates.

9.   If a party makes a timely request, is entitled to a hearing on the propriety of taking judicial notice and the tenor of the matter noticed. F.R. Evid. **201(e).** Plaintiff does ask this court to hold a hearing to consider the matter noticed.

C. CONCLUSION

8.   The facts that Plaintiff has highlighted in **exh. # 1** are capable of accurate and rady determination by resorting to sources whose accuracy can not be reasonable questioned. **Ritter v Hughes Aircraft Co. 58 F3d 454, 458-59 (9th 1995).** Therefore Plaintiff hopes this judge grants his request/motion.

Respectfully

Jesse Ramirez # 31805-180                dated: 8/20/08

CERTIFICATE OF SERVICE

I Jesse Ramirez do swear under penalty of perjury that I hand delivered a copy of this motion to "Take Judicial NOtice" to USP/Pollock officials on August ___2008 and sent via first class mail to:

U.S. District Court                 Defendants Attorney
333 Constitution Ave., NW           555 Fourth Street NW
Washington, D.C. 20001              Washington, D.C. 20530

Respectfully

2.

☆**chron**.com | Where Houston lives

# Long prison terms for 2 Border Patrol agents upheld

### Appeals court ruling renews outrage over case in which drug runner was shot

By JAMES PINKERTON and STEWART POWELL Copyright 2008 Houston Chronicle

July 29, 2008, 1:36AM

A federal appeals court Monday upheld prison sentences given to a pair of U.S. Border Patrol agents who shot a fleeing, unarmed drug smuggler near El Paso and lied to superiors about it.

The 5th U.S. Circuit Court of Appeals in New Orleans upheld most of the convictions against former agents Ignacio Ramos and Jose Compean, including the use of a firearm to commit a violent crime. The gun charge carries a mandatory 10-year sentence.

The ruling outraged Border Patrol representatives and supporters of tighter border control and renewed efforts on Capitol Hill to exempt law enforcement officials from the mandatory gun statute and convince President Bush to commute the agents' sentences.

The Ramos and Compean case has been a contentious political issue and has been championed by many GOP members of Congress and conservative talk show hosts and blogs.

However, the three-judge panel ruled that "the government's evidence, if believed, is sufficient to uphold the convictions."

"The jury was the fact-finder. The jury heard all of the evidence. The jury returned the verdict," the court ruled in a 45-page opinion.

U.S. Attorney Johnny Sutton in San Antonio, whose office prosecuted the case, said the court ruling validated his contention the case was "about the rule of law."

"Those who understand the record and the evidence introduced at trial will realize the actions of Compean and Ramos in shooting an unarmed and fleeing suspect were serious crimes, which had to be prosecuted in order to maintain the rule of law," Sutton said.

### 'It's devastating'

Compean and Ramos were sentenced in October 2006 to 11 and 12 years in prison, respectively. The two were found guilty by a federal jury on charges of assault, violation of civil rights and use of a firearm during a crime of violence.

The convictions against the agents stemmed from the Feb. 17, 2005, shooting of Oswaldo Aldrete Davila.

Aldrete, an illegal immigrant, had crossed the Rio Grande and picked up a van southeast of El Paso loaded with marijuana. After a car chase toward the Rio Grande, Aldrete ran from the agents and was shot in the buttocks with a bullet from

Advertisement

☆**mobile.chron.com**

**Full-time forecasts ANYTIME, ANYWHERE!**



Print Powered By FormatDynamics

☆**chron**.com | *Where Houston lives*

Ramos' gun.

According to trial testimony, the agents didn't report the shooting to supervisors, and Compean picked up his shell casings from the area near the river as part of a cover-up of the crime scene.

At trial, the agents said they saw something in Aldrete's hand that appeared to be a weapon and felt justified in firing their weapons, the appeals court noted.

T.J. Bonner, president of the National Border Patrol Council union, said the agents will continue their appeal, asking the entire 5th Circuit Court, and if necessary the U.S. Supreme Court, to reconsider.

"It's devastating," Bonner said. "It means if you use your weapon in self-defense, you too can be looking at 10 years in federal prison. And that's not really the message the court should be sending, not just to Border Patrol agents, but to every law enforcement agent in America."

Bonner said the jury would have acquitted the agents if they had been allowed to hear all the evidence about Aldrete, who said he was a first-time offender trying to earn money to pay for his mother's medical bills.

"The part of the story they should have heard is this guy was a career criminal," Bonner said.

Aldrete pleaded guilty in April to federal charges of smuggling marijuana into the U.S. months after being shot by the former agents.

Ramos and Compean have become a rallying point for groups favoring tighter immigration policies.

"This is going to be devastating to the U.S. Border Patrol," said Curtis Collier, president of U.S. Border Watch, which is based in Houston. "Morale will plummet, and the risk to agents on the border will certainly increase because this will be known all the way back into Latin America."

But in its ruling, the appeals court was emphatic the agents had no legal authority to shoot the smuggler.

"The government's evidence showed that the agents had no reason to shoot the drug smuggler — that he had abandoned his van loaded with marijuana, that he was running on foot back to Mexico, that he posed no physical threat to either officers, and that he was shot in the buttocks," the ruling states.

The court, however, did throw out the agents' earlier convictions for tampering with an official proceeding.

### Texas lawmakers unhappy

Republican Sen. John Cornyn urged Bush to commute the agents' sentences because of a "clear case of prosecutorial overreach and a case where the sentence does not match the crime."

Sen. Kay Bailey Hutchison, R-Texas, said Congress should consider an exception to minimum sentencing guidelines pertaining to the

Advertisement

☆**mobile.chron.com**

**Full-time forecasts ANYTIME, ANYWHERE!**

Print Powered By [FormatDynamics]

☆**chron**.com | *Where Houston lives*

use of a firearm for law enforcement officers acting in the line of duty.

Local members of Congress also offered quick reactions to the court's decision.

Rep. Ted Poe, R-Humble, a former criminal court judge in Texas, said he hoped the U.S. Supreme Court would take up the agents' case.

Poe said legislators must take action immediately to clarify for the court that it was never Congress' intent to have the gun-use charge apply to law enforcement officers.

Kevin Brady, R-The Woodlands, last week proposed legislation to provide federal law enforcement agents protection from gun-use penalties when using firearms as part of their official duties. Brady says the add-on penalties were designed to punish criminals, not law enforcement officers.

*james.pinkerton@chron.com*
*stewart.powell@chron.com*

Advertisement



☆**mobile.chron.com**
**Full-time forecasts ANYTIME, ANYWHERE!**

Print Powered By **FormatDynamics**