UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

**AUG 2 9 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Jesse Ramriez | § | |
|     Plaintiff, | § | |
| | § | |
| vs | § | Civil NO. 07-2226(RWR) |
| | § | |
| Department of Justice et. al | § | |
|     Defendant, | § | #7007 2680 000/ 2627 652/ |
| | § | |

## MOTION TO SUPPLEMENT PLAINTIFFS MEMORANDUM IN SUPPORT MOTION TO RE-INSTATE/REFILE SUIT

### A. INTRODUCTION

1.     Plaintiff is Jesse Ramirez; Defendant is Department of Justice et.
al.

2.     Plaintiff sued Defendant on May 14,2008 and by filing an amended complaint.
For willful/intentional failure to adhere to the mandates of the Privacy
Act (i.e. for the willful/intentional creation, maintaning, and dissemination
of FALSE information in the files they maintained against Plaintiff. See
**Downie v City of Middleberg Heights 301 F3d 688(6th 2002))** and for the severe
adverse affects, injuries and actual damages Plaintiff has suffered as a
result.

3.     Plaintiff did inadvertently send his administrative remedy to the
wrong office, this inadvertent mistake was brought to Plaintiffs attention
via defendants motion to dismiss and or summary judgement, Plaintiff did
voluntarily dismiss the suit against the DEA without prejudice to refiling
and until exhaustion of administrative remedy, Plaintiff did send the proper
DEA office in Washington his administrative remedy, Plaintiff had heard no
response to his administrative remedy and on August 20,2008 cert. mail #
7007 2680 0001 2627 6507. Did send this court a Motion to Reinstate/Refile
Suit against Defendant DEA.

### B. STATEMENT OF FACTS

4.     Plaintiff did finally receive a response from Defendant DEA on or
about August 22,2008 at about 11:19 am. From the USP/Pollock mail room staff.
5. This response and envelope will be made as **exhibit # 1 and # 2**. In support

of Plaintiffs position. That he has infact exhausted his administrative renedies in regards to Defendant DEA.

6.      Plaintiff does ask this Judge to take Judicial Notice of the fact that (1) Plaintiff has exhausted his administrative remedies and (2) how not only Defendant DEA officials in San Antonio. Will willfully/intentionally fail to adhere to the mandates of the Privacy Act, their duties under Title 5 § 7301, in accord with the McDade-Murtha Bill, HR 3398(a)(1) thru (10) and willfully engage in criminal conduct. In the process of these mandated duites. But so will Defendant DEA official William C. Little Jr./Senior Attorney and Records Keeper.

7.      Plaintiff asks this Judge to take Judicial Notice of **exhibit # 1 ¶ 2.** and how blatantly. He will willfully fail and ignore to adhere to **any** duty or oath. That he is mandated to adhere to and discharge. The court must take judicial notice of the fact if a party requests the court to take Judicial Notice and "supplies the court with the necessary information" 201(d). See **Ritter v Hughes Aircraft Co. 58 F3d 454, 458-59(9th 1995).**

8.      It is no wonder that the entire Defendant offices and their officials. Have contempt for the very laws that they are in charge of upholding and abiding by themselves. They feel that they are above the Privacy Act and any other statute, criminal statute or Congressional Bill.

## C. CONCLUSION

9.      Plaintiff does hope and pray that this court will supplement this motion and its accompaning documents. In support of Plaintiff exhaustion requirements and takes Judicial Notice of the criminal conduct and contempt that these Defendant Officials have for the Privacy Act and other mandates.

Respectfully                                    dated: 8/24/08

Jesse Ramirez # 31805-180

CERTIFICATE OF SERVICE

I, Jesse rAmirez do swear under penalty of perjury that I hand delivered a copy of this motion to Supplement Plaintiffs Memorandum In Support Of Motion To Re-instate/Refile Suit. to USP/Pollock officials on August 26 2008 sent via first class mail addressed to:

U.S. District Court, 333 Cinstitution Ave., NW, Washington D.C. 20001 and Defendants Attorney, 555 Fourth Street NW, Washington, D.C. 20530

Respectfully

2.





**U. S. Department of Justice**
Drug Enforcement Administration
Office of Chief Counsel
Administrative Law Section

---

*www.dea.gov*

AUG 1 1 2008

Mr. Jesse Ramirez
#31805-180
United States Penitentiary
Inmate Mail/Parcels
P.O. Box 2099
Pollock, Louisiana 71467

Dear Mr. Ramirez:

This letter responds to your letter dated July 10, 2008, wherein you request that it be considered as the exhaustion of your administrative remedies and in which you request that I conduct a review of Drug Enforcement Administration (DEA) records for accuracy. To the extent that your request is submitted under the Privacy Act, 5 U.S.C. § 552a, it is hereby denied for the reasons set forth in my letter dated June 26, 2008, and is not accepted as exhaustion of your adminstrative remedies.

With regard to your ascertion that I have a duty, as an employee of the Executive Branch of the U.S. Government, to uphold the laws and regulations of the United States, be advised that it is not my responsibility, or within my authority to investigate or adjudicate allegations of wrongdoing by any other government employee, as you request. Since your letter alleges misconduct, it was forwarded to the appropriate DEA office for whatever action is deemed appropriate.

Sincerely,

William C. Little, Jr.
Senior Attorney
Administrative Law Section

Exh #2

A-176

United States Postal Service
**REGISTERED MAIL**

RB 449 022 767 US

(102595) 99-M-1904

Label 200, July 1999

U.S DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
8701 MORRISSETTE DR. SPRINGFIELD VA 22152

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Mr. Jesse Ramirez
#31805-180
United States Penitentiary
Inmate Mail/Parcels
P.O. Box 2099
Pollock, Louisiana 71467

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
UNITED STATES POSTAGE
PITNEY BOWES
$ 12.62⁰
02 1M
0004206586        AUG
MAILED FROM ZIP CODE 2220

Rec. Aug. 22, 2008
11:19 Am